370 A.2d 1223
**COMMONWEALTH of Pennsylvania**
v.
**Sharon ROSE, Appellant.**

Superior Court of Pennsylvania.

Argued Dec. 9, 1976.

Decided March 3, 1977.

Alan I. Schnoll, Philadelphia, with him Bogutz & Mazer, Philadelphia, for appellant.

Eric J. Cox, Assistant District Attorney, Conshohocken, with him William T. Nicholas, District Attorney, Norristown, for appellee.

Before WATKINS, P. J., and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.,

PER CURIAM:

Appellant contends that she has a right to have her arrest record expunged. Because it believed that it did not

have the authority to reach that issue, the lower court denied appeilant's petition. This Court recently held that such authority does exist. See *Commonwealth v. Malone,* 244 Pa.Super. 62, 366 A.2d 584 (1976). Therefore, we remand to the lower court for further consideration in light of our holding in *Commonwealth v. Malone,* supra.

PRICE and VAN der VOORT, JJ., dissent for the reasons stated in the Dissenting Opinion in *Commonwealth v. Malone,* supra.